1
2
3
4
5

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| KATIE ALVAREZ, on behalf of herself and all others similarly situated,<br><br>                              Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>                              Defendant. | Civil Case No.: 5:23-cv-01516-EJD<br><br>[~~PROPOSED~~] **ORDER TO CONSOLIDATE**<br><br><span style="color:red">***AS MODIFIED***</span> |

The Request and Proposed Order to Consolidate Alvarez v. Apple Inc. is GRANTED.  This action is consolidated for pre-trial purposes pursuant to Fed. R. Civ. P. 42(a) before the Honorable Edward J. Davila as part of *In re: Apple Data Privacy Litigation*, 5:22-cv-07069-EJD (N.D. Cal.). All provisions of the March 24, 2023 Consolidation Order, No. 5:22-cv-07069-EJD, ECF No. 60, shall apply.

DATED:   May 12, 2023

                              HON. EDWARD J. DAVILA
                              United States District Judge